Christopher Kim (Bar No. 082080)
Lisa J. Yang (Bar No. 208971)
LIM RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
christopher.kim@lrklawyers.com
lisa.yang@lrklawyers.com
(213) 955-9500
(213) 944-9511 (fax)
*Liaison Counsel for Lead Plaintiff and the Class*

Katharine M. Ryan
Christopher L. Nelson
Mark S. Danek
John J. Gross
SCHIFFRIN BARROWAY TOPAZ
   & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
kryan@sbtklaw.com; cnelson@sbtklaw.com
mdanek@sbtklaw.com; jgross@sbtklaw.com
(610) 667-7706
(610) 667-7056 (fax)
*Lead Counsel for the Plaintiff and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DONALD JOHNSON, INDIVIDUALLY and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. ALJIAN, KIRK KERKORIAN and TRACINDA CORPORATION,<br><br>Defendants. | Case No. CV 03-5986 FMC<br><br>**DECLARATION OF MARK S. DANEK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: October 20, 2008 |

I, Mark S. Danek, declare and state as follows:

1. I am an associate at Schiffrin Barroway Topaz & Kessler, LLP. I submit this Declaration in Support of Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit A is a true and correct copy of Certification for plaintiff John Colella.

3. Attached hereto as Exhibit B is a true and correct copy of the Certification for plaintiff Burt Fisher.

4. Attached hereto as Exhibit C is a true and correct copy of the Certification for plaintiff Alan Percival.

5. Attached hereto as Exhibit D is a true and correct copy of the Certification for plaintiff Richard Pierce.

6. Attached hereto as Exhibit E is a true and correct copy of the Certification for plaintiff Fritz Spohrer.

7. Attached hereto as Exhibit F are true and correct copies of the Certification and trade confirmation for plaintiff Thomas Tarantino.

8. Attached hereto as Exhibit G is a true and correct copy of the Certification for plaintiff Leroy Unruh.

9. Attached hereto as Exhibit H is a true and correct copy of Daimler AG's Form 20-F for the period ended December 31, 1998, filed with the Securities and Exchange Commission on March 31, 1999.

DECLARATION OF MARK S. DANEK IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

10. Attached hereto as Exhibit I is a true and correct copy of DaimlerChrysler's[1] 1999 Annual Report to Shareholders.

11. Attached hereto as Exhibit J is a true and correct copy of the Firm Biography for Schiffrin Barroway Topaz & Kessler, Lead Counsel for Lead Plaintiffs and the Class.

12. Attached hereto as Exhibit K is a true and correct copy of the Firm Biography for Lim Ruger & Kim, LLP, Liaison Counsel for Lead Plaintiffs and the Class.

13. Attached hereto as Exhibit L are true and correct copies of:

    i. Daily Price and Daily Volume – DaimlerChrysler Stock;

    ii. Weekly Summary of Average Daily Prices and Average Daily Volume – DaimlerChrysler; and

    iii. Monthly Summary of Average Daily Prices and Average Daily Volume – DaimlerChrysler Stock.

14. Attached hereto as Exhibit M are true and correct copies of articles quoting analysts who followed DaimlerChrysler and analyst reports prepared by analysts who followed DaimlerChrysler during the period January 1, 1999 through August 1, 1999:

    a. <u>Articles</u>

        i. January 11, 1999, *Chicago Sun-Times*;

---

[1] All abbreviations used herein shall have the same meaning as defined in Plaintiffs' Motion for Class Certification.

      ii. February 26, 1999, *Financial Post,* "DaimlerChrysler merger pays off in profit boost: Earning up 29%: Shareholders take home a bigger dividend," Paul Gallagher;

     iii. April 19, 1999, *Chicago Sun-Times,* "Analysts' Action";

     iv. June 17, 1999, *AFX News,* "STOCKWATCH: DaimlerChrysler rated 'neutral' as Lehman Bros initiates coverage";

     v. July 2, 1999, CNNFN Transcript, interview with Wendy Beale Needham, auto analyst at Donaldson, Lufkin & Jenrette;

     vi. July 29, 1999, *AFX News,* "OUTLOOK: DaimlerChrysler H1 net 3.1-3.5 bln eur vs 2.88 bln";

     vii. July 30, 1999, *The New York Times,* "Daimler's Profit Trails Forecasts and the Shares Fall Sharply," Robyn Meredith;

     viii. July 30, 1999, *AFX News,* "STOCKWATCH: DaimlerChrysler downgraded to 'neutral' from 'buy' – Merrill Lynch; and

     ix. July 31, 1999, *The Washington Post,* "DaimlerChrysler Stock Hit Again," Sri Ramakrishnan, Washington Post Staff Writer.

b. <u>Analyst Reports</u>

     i. January 8, 1999, *BT Alex. Brown International,* "Pan-European Morning Meeting Notes";

     ii. January 22, 1999, *Arnhold and S. Bleichroeder, Inc.,* "Company Visit Confirms That All is Well; Buy Rating Maintained," Steve Gluckstein, analyst;

     iii. February 24, 1999, *Daiwa,* John Buckland, analyst;

     iv. April 1, 1999, *BT Alex. Brown International,* "Pan-European Morning Meeting Notes";

     v. April 28, 1999, *BHF-Bank,* Rolla Kautz-Pan, analyst;

vi. July 1999, *BNP Equities,* "Valeur recommandee," Marc Gouget, analyst;

vii. July 20, 1999, *Bear Stearns,* "Superior Industries International (SUP – 28 3/8)," Eric L. Goldstein and Jonathan Lawrence, analysts;

viii. July 30, 1999, *Merrill Lynch,* "European Convertibles Today," James Peattie and Lorraine Lodge, analysts;

ix. July 30, 1999, *Societe Generale*, Philippe Barrier, analyst;

x. August 6, 1999, *Deutsche Bank Research,* "DaimlerChrysler AG Disappointing Outlook/Forecasts and Recommendation Cut," Christian Breitsprecher, analyst; and

xi. September 30, 1999, *Arnhold and S. Bleichroeder, Inc.,* "Global Uncertainty," Gregory L. Kagay, CFA, analyst.

15. Attached hereto as Exhibit N is a true and correct copy of Chrysler Corp.'s Form S-3/A Registration Statement filed with the Securities and Exchange Commission on November 3, 1998.

I hereby declare under penalty of perjury that the foregoing is true and correct of my knowledge.

Executed this 17 day of July 2008, in Radnor, Pennsylvania.

*/s/ Mark S. Danek*
Mark S. Danek